IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE WELLBUTRIN SR/ZYBAN : 
ANTITRUST LITIGATION :
:
: Master File No. 02-CV-4398
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
: FILED NOV 5 2002
:

### DISCLOSURE STATEMENT OF DEFENDANTS GLAXOSMITHKLINE PLC AND SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE

In accordance with Order No. 2 (Setting Initial Conference) of the Court, defendants GlaxoSmithKline plc and SmithKline Beecham Corporation d/b/a GlaxoSmithKline, by their undersigned counsel, submit the following lists of all companies affiliated with defendants.

The corporate structure for SmithKline Beecham Corporation (top down) is as follows:

GlaxoSmithKline plc

SmithKline Beecham plc

SmithKline Beecham Overseas Limited

SmithKline Beecham Holdings (UK) Limited

Setfirst Limited

GlaxoSmithKline Luxembourg S.A.

GlaxoSmithKline International (Luxembourg) S.A.

GlaxoSmithKline International (Switzerland) GmbH

GlaxoSmithKline Holdings (Americas) Inc.

SmithKline Beecham Corporation[1]

The following is a list of all affiliates to SmithKline Beecham Corporation through SmithKline Beecham plc that have issued shares to the public:

1. SmithKline Beecham Holdings Corporation (U.S.)
2. SmithKline Beecham Consumer Healthcare Limited (India)
3. SmithKline Beecham Pharmaceuticals (India) Limited
4. SmithKline Beecham Nigeria, plc. (Nigeria)
5. Smith Kline & French of Pakistan Limited (Pakistan)

GlaxoSmithKline plc shares are traded in the form of ADR on the New York Stock Exchange. The following is a list of all affiliates related to SmithKline Beecham Corporation through GlaxoSmithKline plc that have issued shares to the public:

1. Glaxo Wellcome Egypt S.A.E.
2. Burroughs Wellcome (India) Limited
3. Glaxo India Limited
4. Glaxo Wellcome Bangladesh Limited
5. Glaxo Wellcome Pakistan Limited
6. Glaxo Wellcome Ceylon Limited (Sir Lanka)
7. Glaxo Wellcome Biochem Inc. (Canada)
8. Evans Medical plc (Nigeria)

---

[1] Subsequent to the combination of Glaxo Wellcome plc and SmithKline Beecham plc on December 27, 2000, SmithKline Beecham Corporation made a fictitious name filing on January 16, 2001 to be known as GlaxoSmithKline.

Additionally, counsel for defendants associated with the litigation are as follows:

Mark S. Stewart
Leslie E. John
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Fl.,
Philadelphia, PA 19103

William J. Baer
Kenneth A. Letzler
Cathy Hoffman
Amy R. Mudge
June Im
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, N.W.,
Washington, DC 20004

Stephen B. Judlowe
Janet B. Linn
Jason A. Lief
Brian Murphy
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Alan M. Rubinson
Vice President
Dispute Resolution & Prevention
Legal Operations USA
GlaxoSmithKline
One Franklin Plaza, P.O. Box 7929
Philadelphia, PA 19101

Timothy A. Thelen
Assistant General Counsel
David J. Levy
Vice President and Patent Counsel
Bonnie Deppenbrock
Senior Patent Counsel
GlaxoSmithKline
P.O. Box 13398
Five Moore Drive
Research Triangle Park, NC 27709


Dated: November 5, 2002

        Respectfully Submitted,

        _____
        Mark S. Stewart
        Leslie E. John
        BALLARD SPAHR ANDREWS & INGERSOLL, LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103
        Telephone: (215) 665-8500
        Facsimile (215) 864-8999


        William J. Baer
        Kenneth A. Letzler
        Cathy Hoffman
        Amy R. Mudge
        June Im
        ARNOLD & PORTER
        Thurman Arnold Building
        555 Twelfth Street, N.W.
        Washington, DC 20004
        Telephone: (202) 942-5000
        Facsimile: (202) 942-5999

        Attorneys for Defendants
        GlaxoSmithKline plc and
        SmithKline Beecham Corporation
        d/b/a GlaxoSmithKline

## CERTIFICATE OF SERVICE

I, Leslie E. John, Esquire hereby certify that the foregoing Disclosure Statement of Defendants GlaxoSmithKline plc and SmithKline Beecham Corporation d/b/a GlaxoSmithKline was served on plaintiff this date by sending a true and correct copy of the same via first class mail and facsimile to:

Anthony J. Bolognese
Bolognese & Associates, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA  19103

Telephone:  (215) 814-6750
Facsimile:  (215) 814-6764

Marc A. Topaz
Joseph H. Meltzer
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

J. Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes
& Lerach, LLP
One Pennsylvania Plaza
New York, NY  10119

Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

Thomas M. Sobol
Jeniene Andrews-Matthews
Hagens Berman LLP
225 Franklin Street
Boston, MA  02107

Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

and

PHL_A #1686299 v1

Christopher A. O'Hara<br>
1301 5th Avenue, Suite 2900<br>
Seattle, WA 98101<br>
<br>
Telephone: (206) 623-7293<br>
Facsimile: (206) 623-0594

Dated: November 5, 2002                    _/s/ Leslie E. John_____
                                           Leslie E. John