IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) |  Master File No. 02-CV-4398 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**REFERRAL ORDER**

**AND NOW,** this ____ day of December, 2002, **IT IS ORDERED**, pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), that this action is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for the supervision of all discovery matters.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**