FILED DEC - 6 2002

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

02 DEC -5 PM 5: 23

FILED DEC - 5 2002

|  |  |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL ACTIONS | ) ) ) |

Master File No. 02-CV-4398

Judge Bruce W. Kauffman

ORAL ARGUMENT REQUESTED

## MOTION OF DEFENDANTS TO DISMISS
## PLAINTIFFS' COMPLAINT

Defendants, GlaxoSmithKline PLC and SmithKline Beecham Corp. d/b/a

GlaxoSmithKline, hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) for

an order dismissing Plaintiffs' Complaint ("Complaint") on the grounds that the

Complaint fails to state a claim upon which relief can be granted.  In further support of

the motion, Defendants respectfully refer the Court to the reasons set forth in the

Memorandum In Support Of Motion to Dismiss, filed herewith.

WHEREFORE Defendants respectfully request the Court to enter an order

dismissing with prejudice all counts alleged in the Complaint against Defendants in their

entirety.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION | ) ) ) ) | Master File No. 02-CV-4398 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Bruce W. Kauffman |
| ALL ACTIONS | ) ) ) | ORAL ARGUMENT REQUESTED |

## MOTION OF DEFENDANTS TO DISMISS
## PLAINTIFFS' COMPLAINT

Defendants, GlaxoSmithKline PLC and SmithKline Beecham Corp. d/b/a

GlaxoSmithKline, hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) for

an order dismissing Plaintiffs' Complaint ("Complaint") on the grounds that the

Complaint fails to state a claim upon which relief can be granted. In further support of

the motion, Defendants respectfully refer the Court to the reasons set forth in the

Memorandum In Support Of Motion to Dismiss, filed herewith.

WHEREFORE Defendants respectfully request the Court to enter an order

dismissing with prejudice all counts alleged in the Complaint against Defendants in their

entirety.

Respectfully submitted,


_____
Mark S. Stewart
Leslie E. John
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
(215) 864-8225


William J. Baer
Kenneth A. Letzler
Cathy Hoffman
Amy Ralph Mudge
June Im
H. Holden Brooks
Arnold & Porter
555 12th St., NW
Washington, DC 20002
(202) 942-5000


Timothy A. Thelen
Assistant General Counsel
GlaxoSmithKline
Five Moore Drive
Research Triangle Park, NC 27709
Telephone:  (919) 483-1480
Facsimile:  (919) 315-1044


Counsel for GLAXOSMITHKLINE PLC
and SMITHKLINE BEECHAM CORP.
d/b/a GLAXOSMITHKLINE

Dated:  December 5, 2002

# CERTIFICATE OF SERVICE

I certify that the foregoing Defendants' Motion to Dismiss was served on the counsel listed in the service list below by fax and overnight mail on December 5, 2002.

Leslie E. John

## SERVICE LIST

Anthony J. Bolognese
BOLONESE & ASSOCIATES, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

Telephone: (215) 814-6750
Facsimile: (215) 814-6764


Marc A. Topaz
Joseph H. Meltzer
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Telephone: (610) 667-7706
Facsimile: (610) 667-7056


J. Douglas Richards
Michael M. Buchman
MILBERG WEISS BERSHAD
 HYNES & LERACH, LLP
One Pennsylvania Plaza
New York, NY 10119

Telephone: (212) 594-5300
Facsimile: (212) 868-1229


Thomas M. Sobol
Jeniene Andrews-Matthews
HAGENS BERMAN, LLP
225 Franklin Street
Boston, MA 02107

Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Christopher A. O'Hara
1301 5th Avenue, Suite 2900
Seattle, WA 98101

Telephone: (206) 623-7293
Facsimile: (206) 623-0594