IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Master File No. 02-CV-4398 |

### REFERRAL ORDER

**AND NOW,** this _____ day of January, 2003, **IT IS ORDERED**, pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), that this action is **REFERRED** to the Honorable M. Faith Angell, United States Magistrate Judge, for the supervision of all discovery matters.

BY THE COURT:

**BRUCE W. KAUFFMAN, J.**