IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION | : <br> : <br> : Master File No. 02-CV-4398 <br> : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : <br> : <br> : |

**O R D E R**

AND NOW, this 9th day of January, 2003, this matter having been referred to me, by the Honorable Bruce W. Kauffman, for the supervision of all discovery matters [*See* Docket Entry No. 14], it is hereby **ORDERED** that:

1. The **status conference** scheduled on **February 5, 2003 at 11:00 a.m.** will be **held before me** in **Courtroom 3-H**, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

Counsel are to appear and be prepared to discuss the scheduling of discovery and pretrial dates.

2. Consistent with the proposal in the December 19, 2002 letter, addressed to Judges Kauffman and Hart, from Counsel for Defendant GlaxoSmithKline, the parties may submit a proposed pretrial order, faxed to my chambers, on or before January 28, 2003.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4398**
**TODAY'S DATE**: January 9, 2003          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Anthony J. Bolognese, Esq. | 215-814-6764 |
| 2. Marc A. Topaz, Esq./Joseph H. Meltzer, Esq. | 610-667-7056 |
| 3. J. Douglas Richards, Esq./ Michael M. Buckman, Esq. | 212-868-1229 |
| 4. Thomas M. Sobol, Esq./ Jeniene Andrews-Matthews, Esq. | 617-482-3003 |
| 5. Christopher A. O'Hara, Esq. | 206-623-0594 |
| 6. Mark S. Stewart, Esq./Leslie E. John, Esq. | 215-864-8999 |
| 7. William J. Baer, Esq./Kenneth A. Letzler, Esq./ Cathy Hoffman, Esq./Amy R. Mudge, Esq./ June Im, Esq. | 202-942-5999 |