UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>) Master File No. 02-CV-4398<br>)<br>)<br>) |

**NOTICE TO COURT AND ALL COUNSEL OF RECORD
OF SUSPENSION AND ENTRY OF APPEARANCE**

COMES NOW attorney Michael J. Flannery, and informs the Court of the suspension by the Missouri Supreme Court of John J. Carey and Joseph P. Danis, formerly of Carey & Danis, LLC, and hereby re-enters his appearance for Plaintiff with The David Danis Law Firm, P.C.

DATED: January 9, 2003

Respectfully submitted,

THE DAVID DANIS LAW FIRM, P.C.

Michael J. Flannery
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

*Attorneys for Plaintiff*

## *Certificate of Service*

    The undersigned hereby certifies that an accurate copy of the foregoing was mailed by U.S. Mail on this _9th_ day of January 2003, to the attorneys on the attached Service List.

_/s/ MJ Flannery_

## WELLBUTRIN MASTER SERVICE LIST

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 JFK Blvd., Suite 650
Philadelphia, PA   19103

Marc A. Topaz
Joseph H. Meltzer
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA   19004

J. Douglas Richards
Michael M. Buchman
MILBERG WEISS BERSHAD HYNES
  & LERACH, LLP
One Pennsylvania Plaza
New York, NY   10119

Thomas M. Sobol
Jeniene Andrews-Matthews
HAGENS BERMAN, LLP
225 Franklin Street, 26th Floor
Boston, MA   02107

Christopher A. O'Hara
HAGENS BERMAN, LLP
301 5th Avenue, Suite 2900
Seattle, WA   98101

Joseph J. Tobacco, Jr.
Sharon T. Maier
BERMAN DEVALARIO PEASE
  TABACCO BURT & PUCILLO
425 California Street
Suite 2025
San Francisco, CA   94104-2205

Paul J. Geller
Jack Reise
CAULEY GELLER BOWMAN &
  COATES, LLP
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, FL   33431

Matthew J. Fusco
Michael T. Harren
CHAMBERLAIN D'AMANDA
  OPPENHEIMER & GREENFIELD
1600 Crossroads Office Building
Two State Street
Rochester, NY   14614

J. Cecil Gardner
Kimberly Calametti Walker
GARDNER, MIDDLEBROOKS,
  GIBBONS & KITRELL, P.C.
1119 Government Street
Post Office Drawer 3103
Mobile, AL   36652

Samuel M. Hill
GARDNER, MIDDLEBROOKS,
  GIBBONS & KITRELL, P.C.
2013 1st Avenue North, Suite 450
Birmingham, AL   35203

David Pastor
GILMAN AND PASTOR, LLP
999 Broadway, Suite 500
Sangus, MA   01906

Daniel E. Gustafson
HEINS MILLS & OLSON, P.C.
700 Northstar East
608 Second Avenue South
Minneapolis, MN   55402

Marc H. Edelson
HOFFMAN & EDELSON, LLC
45 West Court Street
Doylestown, PA   18901

Jon Karmel
KARMEL & GILDEN
221 N. LaSalle Street
Suite 1414
Chicago, IL   60601

Kenneth A. Wexler
Elizabeth Fegan Hartweg
THE WEXLER FIRM
One North LaSalle Street
Suite 2000
Chicago, IL   60602

Robert G. Eisler
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY   10017

Joseph R. Saveri
Eric B. Fastiff
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA   94111

Ann D. White
Jayne A. Goldstein
Michael J. Kane
MAGER WHITE & GOLDSTEIN,
   L.L.P.
One Pitcairn, Suite 2400
165 Township Line Road
Jenkintown, PA   19046

James H. McFerrin
MCFERRIN & STERLING, LLC
1920 Huntington Road
Birmingham, AL   35209

Dianne M. Nast
Michael G. Nast
Alison F. Bazeley
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA   17601

Ira Richards
TRUJILLO, RODRIGUEZ &
   RICHARDS, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA   19103

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ, LLC
656 West Randolph Street
Suite 500 West
Chicago, IL   60661

Lester L. Levy
Jason L. Solotaroff
WOLF POPPER, LLP
845 Third Avenue
New York, NY   10022

Mark S. Stewart
Leslie E. John
BALLARD SPAHR ANDREWS &
   INGERSOLL, LLP
1735 Market Street
Philadelphia, PA   19103

William J. Baer
Kenneth A. Letzler
Cathy Hoffman
Amy R. Mudge
June Im
ARNOLD & PORTER
Thurman Arnold Building
555 Twelfth Avenue, N.W.
Washington, D.C. 20004