UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION, | : : : | Master File No. 02-CV-4398 |
| | : | Judge Bruce W. Kauffman |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

## ORDER

AND, NOW, this ___ day of _____, 2003, upon consideration of the motion of GlaxoSmithKline PLC and SmithKline Beecham Corp. d/b/a GlaxoSmithKline for admission of counsel pro hac vice, IT IS HEREBY ORDERED that H. Holden Brooks be admitted pro hac vice.

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION, : : : THIS DOCUMENT RELATES TO: : ALL ACTIONS : | Master File No. 02-CV-4398 Judge Bruce W. Kauffman |

**DEFENDANTS' APPLICATION FOR**
**ADMISSION OF COUNSEL PRO HAC VICE**

GlaxoSmithKline PLC and SmithKline Beecham Corp. d/b/a GlaxoSmithKline, by their undersigned counsel, hereby request that H. Holden Brooks be admitted to the bar of the United States District Court for the Eastern District of Pennsylvania, pro hac vice on their behalf. The aforementioned attorney is an associate with the firm of Arnold & Porter of Washington, D.C.

Ms. Brooks was admitted to the bar of the State of Maryland in 2001, and the bar of Washington, D.C. in 2002. She is an active member in good standing of the United States District Court, District of Maryland, and the U.S. Court of Appeals for the Fourth Circuit. She has never been subject to disciplinary proceedings of any kind by any of the courts to which she is admitted.

The declaration of Ms. Brooks is attached hereto as Exhibit A.

WHEREFORE, GlaxoSmithKline PLC and SmithKline Beecham Corp. d/b/a GlaxoSmithKline, respectfully request that the Court admit H. Holden Brooks pro hac vice to appear in this matter.

Dated:  January 29, 2003                    Respectfully submitted,

_____
Mark S. Stewart
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 665-8500
(215) 864-8999 (fax)

Attorneys for GlaxoSmithKline PLC and
SmithKline Beecham Corp.
d/b/a GlaxoSmithKline

## **CERTIFICATE OF SERVICE**

I, Mark S. Stewart, Esquire, hereby certify that the foregoing Defendants' Application for Admission of Counsel Pro Hac Vice was served on the counsel listed in the service list below by first-class mail, postage prepaid on January 29, 2003.

_____
Mark S. Stewart

## **SERVICE LIST**

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA  19103

Telephone:  (215) 814-6750
Facsimile:  (215) 814-6764


Marc A. Topaz
Joseph H. Meltzer
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004

Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056


J. Douglas Richards
Michael M. Buchman
MILBERG WEISS BERSHAD
 HYNES  & LERACH, LLP
One Pennsylvania Plaza
New York, NY  10119

Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

Thomas M. Sobol
Jeniene Andrews-Matthews
HAGENS BERMAN, LLP
225 Franklin Street
Boston, MA  02107

Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003


Christopher A. O'Hara
1301 5th Avenue, Suite 2900
Seattle, WA 98101

Telephone:  (206) 623-7293
Facsimile:  (206) 623-0594