**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE WELLBUTRIN SR / ZYBAN  ANTITRUST | ) | |
| LITIGATION | ) | **Master File No. 02-CV-4398** |
| ──────────────────────────── | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **ALL ACTIONS** | ) | |
| ──────────────────────────── | ) | |

<u>ORDER</u>

**AND NOW**, this _____ day of April, 2003, **IT IS ORDERED** that the Court shall hear

<u>oral argument</u> on Defendants' Motion to Dismiss on <u>April 14, 2003 at 11:00 a.m.</u> in Courtroom

3-B, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**BY THE COURT:**

_____

**BRUCE W. KAUFFMAN, J.**