UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION ) ) ) ) | Master File No. 02-CV-4398 |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| Case No. ) ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Jeffrey Ettinger voluntarily dismisses his claims against defendants, without prejudice. In support of this dismissal, plaintiff states the following:

1. No party, including Mr. Ettinger, has entered into any settlement or other agreement with respect to the claims set forth in his Class Action Complaint or the Consolidated Class Action Complaint;

2. This stipulation is without prejudice as to the claims asserted by the remaining class representatives in In re Wellbutrin SR/Zyban Antitrust Litigation, Master File No. 02-CV-4398, which is currently before this Court and which asserts the same claims on behalf of the remaining members of the putative class as this action; and

3. A motion for class certification is not pending, and a class has not been certified.

Dated: 7/1/2003

Respectfully submitted,

By: _____
Krishna B. Narine
Marc A. Topaz
Joseph H. Meltzer
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

J. Douglas Richards
Michael M. Buchman
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Thomas M. Sobol
Jeniene Andrews-Matthews
**HAGENS BERMAN LLP**
225 Franklin Street
Boston, Massachusetts 02107
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

-and-

Christopher A. O'Hara
**HAGENS BERMAN LLP**
301 5th Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**Co-Lead Counsel for Plaintiffs**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION ) ) ) ) | Master File No. 02-CV-4398 |
| THIS DOCUMENT RELATES TO: ) ) ) ) | |
| ALL ACTIONS ) ) | |

### ORDER

AND NOW, this, _____ day of _____, 2003, upon consideration of plaintiff Jeff Ettinger's Notice of Dismissal of claims against defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(I), it is hereby ordered that Jeff Ettinger's Notice of Dismissal is APPROVED and his claims against defendants are DISMISSED in their entirety without prejudice.

BY THE COURT:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Krishna B. Narine, hereby certify that on July 1, 2003 I caused to be sent a true and correct copy of Plaintiff Jeffrey Ettinger's Notice of Dismissal via electronic mail to:

Amy Ralph Mudge (amy_mudge@aporter.com)
H. Holden Brooks (holden_brooks@aporter.com)
**ARNOLD & PORTER**
555 12th St., NW
Washington, DC 20002
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999

and via First-Class Mail postage prepaid to all counsel set forth on the attached service list.

Krishna B. Narine

**SERVICE LIST**

William J. Baer
Kenneth A. Letzler
Cathy Hoffman
Amy Ralph Mudge
June Im
H. Holden Brooks
**ARNOLD & PORTER**
555 12th St., NW
Washington, DC 20002
Telephone: (202) 942-5000
Facsimile: (202) 942-5999


Mark S. Stewart
Leslie E. John
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8225
Fascimile: (215) 864-8999


Timothy A. Thelen
Assistant General Counsel
**GLAXOSMITHKLINE**
Five Moore Drive
Research Triangle Park, NC 27709
Telephone: (919) 483-1480
Facsimile: (919) 315-1044

**Counsel for GLAXOSMITHKLINE PLC and SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, INC.**

Anthony J. Bolognese
**BOLOGNESE & ASSOCIATES, LLC**
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, Pennsylvania 19103
Telephone: (215) 814-6750
Facsimile: (215) 814-6764

J. Douglas Richards
Michael M. Buchman
**MILBERG WEISS BERSHAD**
**HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229


Thomas M. Sobol
Jeniene Andrews-Matthews
**HAGENS BERMAN LLP**
225 Franklin Street
Boston, Massachusetts 02107
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Christopher A. O'Hara
**HAGENS BERMAN LLP**
301 5th Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


Sharon T. Maier
**BERMAN DEVALARIO PEASE**
**TABACCO BURT & PUCILLO**
425 California Street
Suite 2025
San Francisco, California 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Michael J. Flannery, Esq.
**CAREY & DANIS, L.L.C.**
8182 Maryland Avenue, Suite 1400
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 725-7700

2

Paul J. Geller
Jack Riese
**CAULEY GELLER BOWMAN
& COATES, LLP**
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
Telephone: (561) 750-3000
Facsimile: (561) 750-3364


Matthew J. Fusco
Michael T. Harren
**CHAMBERLAIN D'AMANDA
OPPENHEIMER & GREENFIELD**
1600 Crossroads Office Building
Two State Street
Rochester, New York 14614
Telephone: (716) 232-3730
Facsimile: (716) 232-3882


J. Cecil Gardner
Kimberly Calametti Walker
**GARDNER, MIDDLEBROOKS,
GIBBONS & KITRELL, P.C.**
1119 Government Street
Post Office Drawer 3103
Mobile, Alabama 36652
Telephone: (251) 433-8100
Facsimile: (251) 433-8181


Samuel M. Hill
**GARDNER, MIDDLEBROOKS,
GIBBONS & KITRELL, P.C.**
2013 1st Avenue North, Suite 450
Birmingham, Alabama 35203
Telephone: (205) 250-7776
Facsimile: (205) 250-7675

3

David Pastor
**GILMAN AND PASTOR, LLP**
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

Daniel E. Gustafson
**HEINS MILLS & OLSON, P.C.**
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Marc H. Edelson
**HOFFMAN & EDELSON, LLC**
45 West Court Street
Doylestown, Pennsylvania 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Jon Karmel
**KARMEL & GILDEN**
221 N. LaSalle Street
Suite 1414
Chicago, IL 60601
Telephone: (312) 641-2910
Facsimile: (312) 641-0781

Kenneth A. Wexler
Elizabeth Fegan Hartweg
**KENNETH A. WEXLER
AND ASSOCIATES**
One North LaSalle Street
Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Robert G. Eisler
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
780 Third Avenue, 48th Floor
New York, New York 10017
Telephone: (212) 355-9500
Facsimile: (212) 355-9592


Joseph R Saveri
Eric B. Fastiff
**LIEFF CABRASER HEIMANN
& BERSTEIN, LLP**
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


Ann D. White
Jayne A. Goldstein
Michael J. Kane
**MAGER WHITE & GOLDSTEIN, LLP**
One Pitcairn, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone: (215) 481-0273
Facsimile: (215) 481-0271


James H. McFerrin
**McFERRIN & STERLING LLC**
1920 Huntington Road
Birmingham, Alabama 35209
Telephone: (205) 870-5704
Facsimile: (205) 870-5770

Dianne M. Nast
Michael G. Nast
Alison F. Bazeley
**RODA & NAST, P.C.**
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200


Ira Richards
**TRUJILLO, RODRIGUEZ & RICHARDS, LLC**
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044


Mary Jane Edelstein Fait
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
656 West Randolph Street
Suite 500 West
Chicago, IL 60661
Telephone: (312) 466-9200
Facsimile: (312) 466-9292

Lester L. Levy
Jason L. Solotaroff
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

**Counsel for Plaintiffs**