## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Master File No. 02-CV-4398 |

### ORDER

**AND NOW**, this _____ day of July, 2003, upon consideration of plaintiff Jeffrey Ettinger's Notice of Dismissal of Claims against Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(I), it is hereby ordered that Jeffrey Ettinger's Notice of Dismissal is **APPROVED** and his claims against Defendants are **DISMISSED** in their entirety without prejudice.

BY THE COURT:

**BRUCE W. KAUFFMAN, J.**