**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION ) ) ) ) ) | Master File No. 02-CV-4398 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

### ORDER

**AND NOW**, this _____ day of August, 2003, upon consideration of the stipulation for an extension of time entered into by the parties, **IT IS ORDERED** that Defendants shall answer Plaintiffs' Consolidated Class Action Complaint on or before August 29, 2003.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**