IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST : <br> LITIGATION : <br> _____ : <br> : <br> THIS DOCUMENT RELATES TO : <br> ALL ACTIONS : | Master File No. 02-CV-4398 |

**O R D E R**

AND NOW this 3rd day of February, 2004, as all matters for which this action has been referred to me have been completed, the Clerk is directed to remove the above-captioned case from my docket.

BY THE COURT

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4398**

**TODAY'S DATE**: February 3, 2004     **LAW CLERK'S INITIALS**: JJK

| | **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|---|
| 1. | Anthony J. Bolognese, Esq. | 215-814-6764 |
| 2. | Marc A. Topaz, Esq.<br>Joseph H. Meltzer, Esq. | 610-667-7056 |
| 3. | J. Douglas Richards, Esq.<br>Michael M. Buckman, Esq | 212-868-1229 |
| 4. | Thomas M. Sobol, Esq.<br>Jeniene Andrews-Matthews, Esq. | 617-482-3003 |
| 5. | Christopher A. O'Hara, Esq. | 206-623-0594 |
| 6. | Mark S. Stewart, Esq.<br>Leslie E. John, Esq | 215-864-8999 |
| 7. | William J. Baer, Esq.<br>Kenneth A. Letzler, Esq.<br>Cathy Hoffman, Esq.<br>Amy R. Mudge, Esq.<br>June Im, Esq. | 202-942-5999 |