UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                      )
IN RE WELLBUTRIN SR/ZYBAN             )
ANTITRUST LITIGATION                  )   Master File No. 02-CV-4398
                                      )   Judge Bruce W. Kauffman
                                      )
THIS DOCUMENT RELATES TO:             )
                                      )
ALL ACTIONS                           )
_____)

## NOTICE OF FIRM REGISTRATION AS AN LLP AND NAME CHANGE

   PLEASE TAKE NOTICE that ARNOLD & PORTER has registered as a limited liability partnership, effective February 2, 2004, and has changed its name to ARNOLD & PORTER LLP.

Dated:  February 5, 2004

                                      ARNOLD & PORTER LLP


                                      By: _____
                                      Amy Ralph Mudge
                                      555 12th Street, NW
                                      Washington, DC  20004
                                      202/942-5000

## CERTIFICATE OF SERVICE

       I, Amy Ralph Mudge, do hereby certify that on February 5, 2004 a copy of the foregoing has been forwarded via U.S. Mail, sufficient postage prepaid, to the following:

Anthony L. Bolognese, Esquire
BOLOGNESE & ASSOCIATES, L.L.C.
One Penn Center
1617 J.F.K. Boulevard
Suite 650
Philadelphia, PA  19103

J. Douglas Richards, Esquire
Michael M. Buchman, Esquire
MILBERG WEISS BERSHAD
HYNES 7 LERACH, LLP
One Pennsylvania Plaza
New York, NY  10119

Thomas M. Sobol, Esquire
Jeniene Andrews-Matthews, Esquire
HAGENS BERMAN, LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

Krishna Narine, Esquire
SCHIFFRIN & BARROWAY LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004

Christopher A. O'Hara, Esquire
HAGENS BERMAN LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA  98101

Leslie E. John, Esquire
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599

_____
Amy Ralph Mudge